UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:

YOCHANAN WALDMAN and
RIVKAH WALDMAN

        Debtors

Case No. 10-23283-rdd
(Chapter 11)

_____

## ORDER EXTENDING LOSS MITIGATION PERIOD AND ADJOURNING STATUS CONFERENCE

It appearing that the above debtors Yochanan Waldman and Rivkah Waldman have requested Loss Mitigation with HSBC Mortgage Corporation (USA) over the property known as 6 Thomas Court, Monsey, NY 10952, loan account number ***6854; and it further appearing that an Order was entered by this Court on or about July 28, 2010 granting such request; and it further appearing that the parties have been cooperating with respect to the Loss Mitigation request and, through their counsel, have agreed to extend the Loss Mitigation period and adjourn the Status Conference originally scheduled for May 10, 2011; and good cause appearing therefor, it is hereby

**ORDERED,** that the Loss Mitigation period is extended to July 15, 2011 and the Status Conference will now be held on July 14, 2011 at 10:00 am.

DATED:    White Plains, New York
             May 10, 2011

                                          /s/Robert D. Drain
                                          Hon. ROBERT D. DRAIN
                                          United States Bankruptcy Judge