TRACY HOPE DAVIS
United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004
Telephone: (212) 510–0500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re : Case No. 10-23283 (RDD)
:
**YOCHANAN WALDMAN** : (Chapter 11)
**and RIVKAH WALDMAN,** :
:
Debtors. :
:
------------------------------------------------------- x

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing on the motion of Tracy Hope Davis, the United States Trustee for Region 2 (the "United States Trustee") for an order converting this Chapter 11 case to a Chapter 7 case or, in the alternative, dismissing this Chapter 11 case (Docket No. 39), has been adjourned.

**PLEASE TAKE FURTHER NOTICE,** that the new hearing date is November 2, 2011 (10:00 a.m.).

**PLEASE TAKE FURTHER NOTICE,** that objections or other responses, if any, to the motion must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of the Southern District of New York, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties in interest must file on a 3.5-inch disk (preferably in Portable Document Format, or PDF, WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the Chambers of the Honorable Robert D. Drain, and (e) be served upon the United States Trustee, 33 Whitehall Street, 21st floor, New York, New York 10004 (Attn: Andrew D. Velez-

Rivera), no later than the objection date and time set forth above (October 28, 2011, 5:00 p.m.). Such papers shall conform to the Federal Rules of Civil Procedure and identify the party on whose behalf the papers are submitted, the nature of the response, and the basis for such response.

Dated:  New York, New York
        September 26, 2011

                                    TRACY HOPE DAVIS
                                    UNITED STATES TRUSTEE

**By:**    /s/ *Andrew D. Velez-Rivera*
        Trial Attorney
        33 Whitehall Street
        21st Floor
        New York, New York  10004
        Tel. No. (212) 510-0500
        Fax. No. (212) 668-2255